NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELDER G. RAMSEY,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2025-1295

---

Petition for review of the Merit Systems Protection Board in No. NY-0752-21-0018-I-1.

---

## O R D E R

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52 (a) (1), to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31 (a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT



March 7, 2025
Date

Jarrett B. Perlow
Clerk of Court